# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CANDACE PAIGE BELL | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-176-S-BK |
| | § | |
| DAVID LOPEZ, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 15]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED June 28, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

1